# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135550

KIM T. ARSENAULT,
            Plaintiff-Appellee,

v

MUNSON MEDICAL CENTER,
            Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135550
COA: 278749
WCAC: 06-000188

On order of the Court, the application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

t0317